UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM K. SCHANCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LORI HAGGARD,<br><br>　　　　　Defendant. | No. 2:18-cv-0328 AC P<br><br><br>ORDER |

　　　　Plaintiff, a federal prisoner proceeding pro se, has filed a motion for a court order to allow law library access. ECF No. 8. In his motion, plaintiff requests an order allowing him unlimited access to the law library when it is open and access to a typewriter. Id.

　　　　There are currently no deadlines pending in this case, and plaintiff can request additional time to meet any deadlines that do arise if he finds that he has difficulty meeting them due to limited access to the library. With respect to plaintiff's claim that he requires a typewriter because the court demands "proper formatting of documents," it is not necessary for his submissions to the court to be typed and the court regularly accepts handwritten documents from incarcerated plaintiffs. Furthermore, plaintiff recently filed a notice of change of address that shows that he is no longer at the facility where his access was limited (ECF No. 11), making his request moot.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for unlimited access to the law library and for access to a typewriter (ECF No. 8) is denied.

DATED: March 29, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE